**In re the Marriage of John CALLEN, Appellant,**

v.

**Nancy CALLEN, Respondent.**

**No. 57553.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 25, 1990.

Michael B. Stern, St. Louis, for appellant.

Allan H. Zerman, Clayton, for respondent.

## ORDER

PER CURIAM.

Father appeals the trial court's denial of his motion to modify the maintenance given to mother and its failure to award retroactive child support for the time one of the parties' children was in his custody.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Wayne HEARN, Appellant.**

**No. 57591.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 25, 1990.

Beth A. Davis, Asst. Public Defender, St. Louis, for appellant.

Brad Blake, Asst. Circuit Atty., St. Louis, for respondent.

## ORDER

PER CURIAM.

Defendant appeals after sentencing in accord with jury verdicts on two class A. misdemeanor charges, assault in the third degree, § 565.070 RSMo 1986, and stealing under $150, § 570.030.1 RSMo 1986. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only settling forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).